An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ERNEST KLEINSCHMIDT, DERIVATIVELY ON BEHALF OF LAS VEGAS SANDS CORP. Appellant, vs. MICHAEL A. LEVEN; IRWIN A. SIEGEL; JEFFREY H. SCHWARTZ; JASON N. ADER; CHARLES D. FORMAN; IRWIN CHAFETZ; GEORGE P. KOO; WING T. CHAO; JAMES PURCELL; BRADLEY H. STONE; WILLIAM P. WEIDNER; AND LAS VEGAS SANDS CORP., Respondents. | No. 62675 **FILED** SEP 0 4 2013 TRACIE K. LINDEMAN CLERK OF SUPREME COURT BY ____ DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Susan Scann, District Judge
Ara H. Shirinian, Settlement Judge
The Weiser Law Firm, P.C./PA
Aldrich Law Firm, Ltd.
Ryan & Maniskas, LLP
The Weiser Law Firm, P.C./CA
The Shuman Law Firm
Sidley Austin LLP
Morris Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-26114